**Entered on Docket
November 09, 2010**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the
Accredited Mortgage Loan Trust 2007-1, Asset Backed Notes
10-73717

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-27576-bam |
|---|---|
| Scott B. Aicher and Joyce E. Aicher | Date:  11/2/2010<br>Time: 1:30 pm |
| Debtors. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the

holders of the Accredited Mortgage Loan Trust 2007-1, Asset Backed Notes, its assignees and/or

successors in interest, of the subject property, generally described as 6424 Sterling Springs Par, Las

Vegas, NV 89108.

Submitted by:

WILDE & ASSOCIATES

By: _____ /2040

**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Lisa J. Garofalo
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Joseph B. Atkins
Chapter 7 Trustee

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    The court has waived the requirements set forth in LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

__x_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each property and whether the party has approved, disapproved, or failed to respond to the document]:


__x_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel:

_____    approved the form of this order          _____    disapproved the form of this order

_____    waived the right to review the order and/or    __x__    failed to respond to the document

_____    appeared at the hearing, waived the right to review the order

_____    matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____    approved the form of this order          _____    disapproved the form of this order

_____    waived the right to review the order and/or    _x___    failed to respond to the document


_____    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____    approved the form of this order          _____    disapproved the form of this order

_____    waived the right to review the order and/or    _____    failed to respond to the document

_____    appeared at the hearing, waived the right to review the order

_____    matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____    approved the form of this order          _____    disapproved the form of this order

_____    waived the right to review the order and/or    _____    failed to respond to the document


_____    I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor